**James A. CREASY, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 02–3269.

United States Court of Appeals, Federal Circuit.

March 11, 2003.

Before NEWMAN, CLEVENGER, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

**Norman M. CREASE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7003.

United States Court of Appeals, Federal Circuit.

March 11, 2003.

Before NEWMAN, MICHEL, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36